| Attorney or Party without Attorney: <br> JUDY M. LAM, Bar #173862 <br> DREIER STEIN KAHAN BROWNE WOODS, ET AL <br> 1620 26TH STREET <br> 6TH FLOOR, NORTH TOWER <br> SANTA MONICA, CA 90404 <br> Telephone No: 310-828-9050    FAX No: 310-828-9101 <br> Attorney for: Plaintiff | For Court Use Only |
|---|---|
| Ref. No. or File No.: | |

| Insert name of Court, and Judicial District and Branch Court: |
|---|
| United States District Court, Central District Of California |

| Plaintiff: ALFALFA NAIL SUPPLY, INC., ETC. |
|---|
| Defendant: C.H. ROBINSON WORLDWIDE, INC., ETC., ET AL. |

| **PROOF OF SERVICE** <br> **HAND DELIVERY** | Hearing Date: | Time: | Dept/Div: | Case Number: <br> CV08-03230 (ABC) |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the PLAINTIFF ALFALFA NAIL SUPPLY, INC.'S FIRST AMENDED COMPLAINT FOR (1) LOSS OF FREIGHT, (2) NEGLIGENCE, AND (3) CONVERSION.

3. a. Party served:            EDWARD C. LU, AN INDIVIDUAL
   b. Person served:           party in item 3.a. SERVED UNDER F.R.C.P. RULE 4.

4. Address where the party was served:    20539 E. WALNUT DR.
                                           SUITE A
                                           WALNUT, CA 91789

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Thu., Sep. 18, 2008 (2) at: 3:45PM

7. **Person Who Served Papers:**                        Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. CHRISTIAN D. CANAS                     d. **The Fee** for Service was:

   **First Legal Support Services** sm         e. I am: (3) registered California process server
   ATTORNEY SERVICES                              (i)   Independent Contractor
   1511 BEVERLY BOULEVARD                         (ii)  Registration No.:    3519
   Los Angeles, CA 90026                          (iii) County:              Los Angeles
   (213) 250-1111, FAX (213) 250-1197

8. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.
   Date: Tue, Sep. 23, 2008

                                                                          (CHRISTIAN D. CANAS)
   Judicial Council Form                    PROOF OF SERVICE                      4788402.judla.162032
   Rule 2.150.(a)&(b) Rev January 1, 2007   HAND DELIVERY